UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT

of

IVAN COTTO, as owner of vessel M/V STEP THROUGH for Exoneration from or Limitation of Liability,

                     Petitioner.

CV 09-4634 JFB

**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

    **PLEASE TAKE NOTICE** that IVAN COTTO (hereinafter "Petitioner") as owner of the vessel M/V STEP THROUGH, a 27-foot 2004 Rinker Cruiser has filed a Complaint claiming the right to Exoneration from or Limitation of Liability pursuant to the vessel owner's Limitation of Liability Act, Title 46 U.S.C. § 30501 *et seq.*, for all claims, damages and/or injuries alleged by JUAN DELACRUZ, arising on or about June 8, 2008, while Juan Delacruz was aboard the Vessel on navigable waters of Copaigue Harbor, Suffolk County, New York, as more fully described in the Complaint, and

    **PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations, having any claim or suit against Petitioner arising or resulting from the alleged incident must file a Claim as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722-9014 and must deliver or mail to the attorneys for the Petitioner, James E. Mercante, Esq., RUBIN, FIORELLA & FRIEDMAN LLP, 292 Madison Avenue, 11th Floor, New York, New York 10017, a copy on or before **December 31, 2009**, or be defaulted. Personal attendance is not required.

Further, any claimant desiring to contest Petitioner's right either to Exoneration from or Limitation of Liability shall file an Answer to the Verified Complaint on or before the aforesaid date as required by Supplemental Rule "F" of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioner, or be defaulted.

Dated: Central Islip, New York
       November   , 2009

*Robert C. Heinemann*
*Clerk of Court*

By: _____
    Deputy Clerk